IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01585-MEH

PAUL ENOCH CHAIREZ,

    Plaintiff,

v.

MIDLAND FUNDING LLC,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice [docket #18]. The Court, having considered the Stipulation, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney's fees.

Dated in Denver, Colorado, this 27th day of August, 2014.

                                        BY THE COURT:

                                        *Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge